UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOBILJON ABIDJANOVICH MUMINJANOV,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Defendants. | Case No.  1:26-cv-04043-JLT-FJS<br><br>ORDER GRANTING VANO I. HAROUTUNIAN'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 4) |

Before the Court is the application of Vano I. Haroutunian, attorney for Plaintiff Kobiljon Abidjanovich Muminjanov, for admission to practice *pro hac vice*.  L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **June 30, 2026**

_____
UNITED STATES MAGISTRATE JUDGE